CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Jason Toland

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON TOLAND<br><br>    Defendant. | Case No. 2:24-CR-0099-DAD<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING HEARINGS; FINDINGS AND ORDER<br><br>DATE: October 8, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for sentencing hearing on October 8, 2024.

2. By this stipulation, the defendant now moves to continue his sentencing hearing until November 5, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On May 1, 2024, the government filed an Information against defendant. ECF No. 1. On May 13, 2024, the defendant waived Indictment and entered a guilty plea to a single count of Violation of 18 U.S.C. § 287 – False Claims Against the United States.

    b) Due to delays in scheduling defendant's probation interview (attributable to both the probation officer's, defense counsel's, and defendant's respective schedules), defendant's

probation interview did not occur until August 16, 2024. Pursuant to Federal Rule of Criminal Procedure 32, the probation officer and counsel, respectively, require time to draft and respond to the presentence report, and to gather documents for use in drafting the presentence report.

    c)    The government does not object to the continuance.

    d)    Based on the above-stated findings, good cause exists to continue defendant's sentencing hearing in this matter from October 8, 2024, to November 5, 2024.

    e)    This is the first request for continuance of sentencing.

    f)    The parties request the following modified disclosure schedule:

Draft PSR: September 24, 2024
Informal Objections: October 1, 2024
Final PSR: October 15, 2024
Corrections: October 22, 2024
Replies/Briefs: October 29, 2024

IT IS SO STIPULATED.

Dated:  August 26, 2024            PHILLIP A. TALBERT
                                         UNITED STATES ATTORNEY

                                         /s/ Denise Yasinow
                                         Denise Yasinow
                                         Assistant United States Attorney

Dated:  August 26, 2024            /s/ Candice L. Fields
                                         Candice L. Fields
                                         Counsel for Defendant
                                         Jason Toland

## FINDINGS AND ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing of defendant Toland is hereby continued to November 5, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **August 27, 2024**            _/s/ Dale A. Drozd_
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE SENTENCING HEARING