CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Jason Toland

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON TOLAND<br><br>Defendant. | Case No. 2:24-CR-0099-DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARINGS; FINDINGS AND ORDER<br><br><br>DATE: November 5, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for sentencing hearing on November 5, 2024.

2. By this stipulation, the defendant now moves to continue his sentencing hearing until November 19, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On May 1, 2024, the government filed an Information against defendant. ECF No. 1. On May 13, 2024, the defendant waived Indictment and entered a guilty plea to a single count of Violation of 18 U.S.C. § 287 – False Claims Against the United States.

   b) Due to delays in scheduling defendant's probation interview (attributable to both the probation officer's, defense counsel's, and defendant's respective schedules), defendant's

probation interview did not occur until August 16, 2024. Pursuant to Federal Rule of Criminal Procedure 32, the probation officer and counsel, respectively, required time to draft and respond to the presentence report, and to gather documents for use in drafting the presentence report. This formed the basis for the continuance in sentencing to November 5, 2024.

      c)    During preparation for and participation in the probation interview, counsel for the defense determined that additional mitigation was required in preparation for sentencing. Those efforts required scheduling with a consultant and the preparation of a report. While progress have been made, additional time is required to finalize the sentencing mitigation.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, good cause exists to continue defendant's sentencing hearing in this matter from November 5, 2024, to November 19, 2024.

      f)    The parties request the following modified disclosure schedule:

Draft PSR: Completed

Informal Objections: October 22, 2024

Final PSR: October 29, 2024

Corrections: November 5, 2024

Replies/Briefs: November 12, 2024

IT IS SO STIPULATED.

Dated: October 15, 2024

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

 /s/ Denise Yasinow
Denise Yasinow
Assistant United States Attorney

Dated: October 15, 2024

/s/ Candice L. Fields

Candice L. Fields
Counsel for Defendant
Jason Toland

STIPULATION TO CONTINUE SENTENCING HEARING

**FINDINGS AND ORDER**

Good cause appearing, it is ORDERED that the sentencing hearing of defendant Toland shall be continued to November 19, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 15, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE